## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| XTO Energy Inc. and XTO Holdings, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR RULE 26(f) PLANNING** |
| | ) | **MEETING AND RULE 16(b)** |
| vs. | ) | **SCHEDULING CONFERENCE,** |
| | ) | **AND ORDER RE RESOLUTION** |
| | ) | **OF DISCOVERY DISPUTES** |
| North Dakota Board of University and School Lands, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Case No.: 1:19-cv-076 |
| Defendants. | ) | |

**IT IS ORDERED**:

1. The parties shall meet and confer by December 16, 2019, to develop a scheduling plan for this case.

2. The parties shall submit their plan to the court by December 20, 2019. The plan shall include at least those items listed in the form Scheduling/Discovery Plan posted on the court's website (http://www.ndd.uscourts.gov/forms). Counsel shall confer, complete and prepare the form, obtain the appropriate signatures, and e-mail the document in "Word" format to ndd_J-Hochhalter@ndd.uscourts.gov. If the parties are unable to come to an agreement, then they shall separately submit their proposed scheduling plans to the court by December 20, 2017

3. The court shall conduct a scheduling conference with the parties on December 30, 2019, at 9:00 a.m. To participate in the conference, the parties should call the

1

following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 25th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
