# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|   |   |   |
|---|---|---|
| XTO Energy Inc. and XTO Holdings, LLC, | ) ) | **ORDER STAYING PROCEEDINGS** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| North Dakota Board of University and School Lands and United States of America, | ) ) ) ) ) | |
| | ) | Case No.: 1:19-cv-76 |
| Defendants. | ) ) ) | |

As articulated during today's status conference, the Court hereby orders that proceedings in this case be stayed pending resolution of the litigation in Continental Resources, Inc., v. North Dakota Board of University and School Lands, et al, docket number #1:17-cv-14.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter
> United States Magistrate Judge

1