# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| XTO Energy Inc., and XTO Holdings, LLC, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| North Dakota Board of University and School Lands, and the United States of America, | ) ) ) ) | Case No. 1:19-cv-076 |
| Defendants. | ) ) | |

The court shall hold status conference with the parties by telephone on September 30, 2020, at 4:00 PM CDT. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court