# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| XTO Energy Inc. and<br>XTO Holdings, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>North Dakota Board of University<br>and School Lands; United States<br>of America,<br><br>　　　　Defendants. | **ORDER SETTING DEADLINES TO**<br>**SUBMIT STATUS REPORT**<br><br><br><br>Case No.: 1:19-cv-00076 |

　　　　On August 22, 2025, the parties submitted a *Joint Notice and Proposal to Submit a Joint Status Report*. (Doc. No. 62). Therein, the parties advised that they have been engaged in discussion regarding the possibility of a stipulated resolution in light of the *Continental* litigation. *See Continental Resources, Inc. v. United States et al.*, 8th Cir. No. 23-2249 (mandate issued Aug. 1, 2025). As such, the parties request additional time to explore stipulated resolution and propose the submission of a joint status report due by October 22, 2025.

　　　　Based on the parties' joint notice, the court **ORDERS** that the parties submit a joint status report updating the Court on the status of the stipulated resolution discussions and proposing a schedule for any further proceedings by October 22, 2025.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court