IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| XTO Energy Inc., and XTO Holdings, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> North Dakota Board of University and School Lands; and the United States of America, <br><br> Defendants. | **ORDER GRANTING MOTION TO LIFT STAY** <br><br><br> Case No.: 1:19-cv-00076 |

On August 25, 2025, the Court ordered the parties to submit a joint status report updating the Court on the status of the stipulated resolution discussions and proposing a schedule for any further proceedings by October 22, 2025. (Doc. No. 63).

On October 15, 2025, the United States of America ("United States") filed a *Motion to Stay Deadlines Due to Lapse in Appropriations*. (Doc. No. 64). The United States advised that on September 30, 2025, the appropriations act funding the Department of Justice expired and appropriations lapsed. As such, the United States requested a stay pending the restoration of appropriations.

On October 16, 2025, the Court granted the motion and ordered all deadlines stayed pending further order of the Court, and required the United States to file a motion to lift stay once appropriations were restored. (Doc. No. 65).

On November 14, 2025, the United States filed a *Motion to Lift Stay*. (Doc. No. 66). The United States advised that appropriations were restored on November 12, 2025, and so requests the Court lift the stay and proposes the parties file a joint status report on or before December 3, 2025.

The court is inclined to **GRANT** the United States' motion (Doc. No. 66) and lift the stay. The parties shall submit a joint status report by December 3, 2025, updating the Court on the status of the stipulated resolution discussions and if necessary, propose a schedule for any further proceedings.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
