# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| XTO Energy Inc. and XTO Holdings, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Board of University and | ) | |
| School Lands; United States of America, | ) | |
| | ) | Case No.: 1:19-cv-076 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on July 15, 2026. (Doc. No. 80). Pursuant to its discussion with the parties, that adopts the briefing schedule proposed by Defendant North Dakota Board of University and School Lands in the parties most recent joint status report. (Doc. No. 78). Accordingly, the parties shall have until August 20, 2026, to file dispostive motions/cross-motions for summary judgment. Responses and replies are due by September 9 and 14, 2026, respectively.

**IT IS S ORDERED.**

Dated this 16th day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court